**Electronically Filed
Supreme Court
SCWC-22-0000636
07-DEC-2023
08:31 AM
Dkt. 16 OGAC**

SCWC-22-0000636

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE INTEREST OF THE P CHILDREN

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000636; FC-S NO. 19-1-0083 and FC-S NO. 19-1-0084)

ORDER
(By: Recktenwald, C.J., McKenna, Eddins, JJ.,
Circuit Judge Nakamoto and Circuit Judge Kubota,
assigned by reason of vacancies)

Guardian Ad Litem Nicole Forelli's application for writ of certiorari filed on November 24, 2023 is accepted. The court recognizes that briefing has not concluded and will issue a briefing schedule at a later time.

Upon consideration of Michael Mannisto's Motion to Appoint Appellate Counsel, filed on November 26, 2023 (Motion), the documents submitted in support thereof, and the record,

It is ordered that this case is temporarily remanded to the Family Court of the Second Circuit to enable that court to entertain and decide the Motion. Counsel for Respondent/Mother-

Appellant Brooke Dwyer shall file the motion in the family court no later than five working days after the date of this order. The family court shall issue a written order ruling on any such motion within ten days after its filing in family court.

It is further ordered that a supplemental record containing all documents filed during the period of temporary remand shall be transmitted to this court within five working days after the filing of the family court's order regarding the motion.

The appellate clerk shall transmit a copy of this order for filing in the Family Court of the Second Circuit case numbers FC-S No. 19-1-0083 and FC-S No. 19-1-0084.

DATED:  Honolulu, Hawai'i, December 7, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Henry T. Nakamoto

/s/ Peter K. Kubota